# SEALED

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
MARCH 27, 2018 SESSION



FILED
MAR 27 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-00064
    18 U.S.C. § 2252A(a)(5)(B)
    18 U.S.C. § 2252A(b)(2)

LANNY NEECE

## INDICTMENT

The Grand Jury Charges:

On or about November 9, 2016, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LANNY NEECE did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## **FORFEITURE**

In accordance with Section 2253(a) of Title 18 of the United States Code, and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised on the conviction of defendant LANNY NEECE of a violation of 18 U.S.C. §§ 2251 et seq., as set forth in this indictment, the defendant shall forfeit to the United States any visual depictions and any books, magazines, periodicals, films, videotapes, and other matter which contains such visual depictions, which were produced, transported, mailed, shipped, or received in connection with the violations set forth in this indictment, any real and personal property constituting or traceable to gross profits or other proceeds obtained from the violations set forth in this indictment, and any real and personal property used or intended to be used to commit or to promote the commission of the violations set forth in this indictment, including, but not limited to:

- One (1) black Hewlett Packer Pavilion All-in-One Touchsmart Personal computer, serial number 4CS42407VT;

- One (1) Western Digital Blue, 1 terabyte, hard disk drive, serial number WCC3FP1E87PT;

- One (1) Hewlett Packer Pavilion All-in-One, model 24-b030xt (Touch) Personal computer, serial number 8CC6500CQ8;

- One (1) Toshiba, 1 terabyte, hard disk drive, serial number Y69D6DVNS;

- One (1) black Hewlett Packer USB Wireless Micro-receiver, part number 704220-001; and

- One (1) Memorex CD-RW, digitally labeled "Sept 08 2011".

                                    MICHAEL B. STUART
                                    United States Attorney

By: _____
      EMILY J. WASSERMAN
      Assistant United States Attorney