# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Huntington

Date: 11/8/2018                                                              Case Number 3:18-cr-00064

Case Style: USA vs. Lanny  Neece

Type of hearing Plea Hearing

Before the honorable: 2514-Chambers

Court Reporter Kathy Swinhart                                Courtroom Deputy Terry Justice

Attorney(s) for the Plaintiff or Government Emily Wasserman


Attorney(s) for the Defendant(s) Lex Coleman


Law Clerk Blake Weiner                                              Probation Officer Erin Stone

## Trial Time



## Non-Trial Time

Plea Hearing



## Court Time

3:27 pm    to 3:58 pm

Total Court Time: 0 Hours 31 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Hearing scheduled to commence:  3:30 pm

Hearing commenced:  3:27 pm

Defendant appeared in person and with counsel for a plea to the single indictment.

Defendant sworn; Defendant found competent to proceed.

The defendant is pleading guilty without a plea agreement.

Court read charge contained in the indictment.

Defendant pleaded guilty.

Court read pertinent portions of statute with which Defendant was charged.

Defendant explained why he considered himself guilty.

Testimony of Jeff Maslar, offered evidence of what Government would be able to prove at trial.

Court found that there was a sufficient factual basis for the plea.

Court found that the defendant understood the nature of the charge and the consequences of pleading guilty.

Court found that the defendant understood the constitutional and other legal rights being given up.

Court found that the plea was voluntary.

Defendant executed written plea of guilty.

Plea was accepted.

Defendant found guilty of violating 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

PSR to all counsel and defendant 01/07/19

PSR objections  01/22/19

PSR to Court    02/04/19

Memorandum    02/11/19

Sentencing      02/19/19 at 2:00 pm

Defendant released on previously executed bond.

Additional condition:  that the defendant appear for sentencing as directed.

## District Judge Daybook Entry

Hearing concluded:  3:58 pm